# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VALERO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00370-EPG<br><br>ORDER FOR AN EXTENSION OF TIME |

This case comes before the Court on the parties' stipulation (Doc. 12) to extend the time by 30 days from November 5, 2016 to December 4, 2016 for Plaintiff to file an opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases (Doc. 5) extended.  For good cause, the request is GRANTED.

IT IS SO ORDERED.

Dated: **November 10, 2016**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1