Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
RAYMOND VALERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VALERO, | Case No.: 1:16-cv-00370-EPG |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 30, 2016, in which to file Plaintiff's OPENING BRIEF; and that all other deadlines set forth in the March 21, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **December 6, 2016**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

-1-